UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHELLE TENZER-FUCHS, on behalf of himself
and all others similarly situated,

                        Plaintiff,

     -against-

CUSTOMMADE, INC.,

                        Defendant.
-----------------------------------------------------------X

Case No. 20-cv-04385-WFK-AKT

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, plaintiff sued defendant alleging that its website violates Title III of the Americans with Disabilities Act, the New York State Human Rights Law and the New York City Human Rights Law because the website is not fully accessible to disabled individuals; and

WHEREAS, defendant is committed to continued compliance with the applicable law, and to making the necessary changes to address the alleged issues, and the parties are amicably resolving this litigation on that basis,

IT IS HEREBY STIPULATED AND AGREED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       January 8, 2021

SHALOM LAW, PLLC

By: _____
Jonathan Shalom
105-13 Metropolitan Avenue
Forest Hills, New York 11375
(718) 971-9474
jonathan@shalomlawny.com
*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
Peter.Shapiro@lewisbrisbois.com
*Attorneys for Defendant*

4814-7291-8995.1

SO ORDERED:

s/ WFK
_____
U.S.D.J

4814-7291-8995.1